# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| CANDICE SOLIS, Independent Administrator of the Estate of Apolinar Solis, Jr., Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:23-cv-02062<br>)<br>) |
| v. | )<br>) |
| CLINTON PERZEE, IRIQUOIS COUNTY SHERIFF'S OFFICE, VINCENT M. LAFFOON, IRIQUOIS COUNTY, MARK GARFIELD, AND ZACHARY WITSON, | )<br>)<br>)<br>)<br>) |
| Defendants. | |

## ORDER

Upon request of the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. This matter is scheduled for a settlement conference <u>in person,</u> in Courtroom D in Peoria, before the undersigned on **December 10, 2025**, at **10:00 AM.** Prior to the settlement conference, a pre-settlement conference will be held on **December 8, 2025**, at 9**:30 AM**. The call-in number is 551-285-1373, then enter Meeting ID 16095893703#.

2. The settlement conference shall be attended by Plaintiffs, Defendants, and the parties' lead trial counsel, all in person.

3. By no later than the close of business on **December 5, 2025**, each party

herein shall advise the undersigned, by separate confidential letter, of the following information:

(a) **Position and Authority on Settlement** – State your client's settlement posture and any prior offers or demands. Identify the individual(s) with ultimate settlement authority who will be present or readily available, including insurer representatives with full authority.

(b) **Factual and Legal Issues** – State your position or interpretation of the key factual issues and the issues of law you believe must be decided by the Court or finder of fact.

(c) **Counsel and Representation** – Identify trial attorney(s) or pro se litigant, and any insurer(s), adjuster(s), or corporate representative(s) with authority.

(d) **Relief Requested / Damages Claimed** – Describe the nature of relief sought and itemize each category of damages. Describe the nature and extent of any injuries, if applicable.

(e) **Confidential Information Affecting Valuation** – Describe any non-public information relevant to valuation and explain why it should remain confidential.

(f) **Strengths and Weaknesses** – Summarize the strengths of your position and the weaknesses, including your opponent's strongest points.

(g) **Discovery Status and Plan** – Outline discovery completed to date and remaining discovery (include estimated number of depositions).

(h) **Litigation Costs** – Estimate total expenses incurred and anticipated through trial, including attorney's fees, expert costs, and other foreseeable expenses.

(i) **Ancillary Litigation and Liens** – Identify any related or pending litigation that may affect case value, and list any known liens (medical, attorney, governmental).

(j) **Insurance Coverage** – State policy limits, deductibles, and any amounts already expended toward limits.

(k) **Settlement History** – Summarize settlement discussions, including prior demands and offers, and the date of the last exchange.

(l) **Settlement Valuation Range** – State the value you intend to begin negotiations with and your realistic settlement range, with brief rationale.

(m) **Next Steps if No Settlement** – Identify what remains to be completed before trial and whether additional motions are anticipated.

    4.    These separate confidential letters to the undersigned shall be emailed to hanna@ilcd.uscourts.gov. To facilitate candor, and to protect counsels' work product immunity, the **letter shall not be served upon opposing counsel and shall not be filed**. The undersigned will maintain the confidentiality of all such correspondence and the information contained therein.

    ENTERED this 3rd day of December, 2025.

                                                                         s/ Ronald L. Hanna
                                                                   U.S. MAGISTRATE JUDGE



# ZOOM CONNECTION INFORMATION FOR

# SETTLEMENT CONFERENCE

## PEORIA

**Judge Hanna**

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 958 93703

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 958 93703 #